FILED
CLERK, U.S. DISTRICT COURT

JUL - 1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

Howard S. Blum, Esq. (State Bar No. 60603)
BROWNSTEIN & BROWNSTEIN, LLP
21700 Oxnard Street, Suite 1160
Woodland Hills, CA 91367
Telephone: 818.905-0000
Facsimile: 818.593.3988
E-mail: hblum@albrightblum.com

Lloyd S. Mann, Esq. (State Bar No. 108527)
LAW OFFICES OF MANN & ZARPAS, LLP
15233 Ventura Boulevard, Suite 714
Sherman Oaks, CA 91367
Telephone: 818.789.0510
Facsimile: 818.789.0518
E-mail: Lmann@mannzarpas.com

Attorneys for Plaintiff BODNAR CAPITAL MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| BODNAR CAPITAL MANAGEMENT, LLC,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>AULT GLAZER CAPITAL PARTNERS, LLC, et.al.<br><br>　　　　　Defendants | Case No. CV 09-00144-ABC (JTLx)<br><br>[Proposed] CERTIFICATION AND ORDER RE CIVIL CONTEMPT<br><br>(Title 28, United States Code, Section 636(e)(6)(iii)) |

　　The continued Third Person [Debtor] Examination of KRISTINE LOUISE AULT was called for hearing on Thursday, June 25, 2009 at 10:00 a.m., having been continued by Order of this Court from June 3, 2009. Howard S. Blum, Esq.,

appeared on behalf of the judgment creditor BODNAR CAPITAL MANAGEMENT, LLC. KRISTINE LOUISE AULT failed to appear, and there was no appearance on her behalf by her counsel, Andrea S. Loveless, Esq.

The Court, having been apprised of all circumstances and having reviewed the record, now makes the following findings:

(1) KRISTINE LOUISE AULT ("AULT") was duly served with a Third Person [Debtor] Examination Order, requiring her to appear on June 3, 2009 at 10:00 a.m. Neither AULT nor counsel Andrea S. Loveless ("Loveless") appeared on that date, and there was no communication with the Court. One day prior to the hearing, counsel for judgment creditor received an e-mail request from Ms. Loveless, asking to postpone the appearance.

(2) The Court continued the matter and duly served AULT on June 3, 2009 with an Order to appear on June 25, 2009 at 10:00 a.m., by serving AULT's counsel, Ms. Loveless. AULT failed to appear on that date. There was no appearance by counsel on her behalf, and no communication with the Court.

As a result of the failure of KRISTINE LOUISE AULT to appear before this Court on two separate occasions although having been duly ordered to appear, these findings are made and certified for the purpose of scheduling a hearing re: Civil Contempt before the United States District Judge.

DATED: ~~June~~ July 1, 2009

JENNIFER V. LUM, United States Magistrate Judge