# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| **CIVIL MINUTES - GENERAL** | | JS - 6 |
|---|---|---|
| Case No. CV 09-00144 ABC (JCx) | Date | July 29, 2011 |
| Title Bodnar Capital Management, LLC v. Ault Glazer Capital Partners, LLC, et al. | | |

| Present: The Honorable | Audrey B. Collins, Chief Judge | |
|---|---|---|
| Angela Bridges | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** ORDER DISMISSING CASE WITH PREJUDICE
(In Chambers)

     On July 26, 20111, Plaintiff Bodnar Capital Management LLC filed a Request to Dismiss Action with Prejudice. Therein, Plaintiff asks the Court to dismiss the action because the parties have reached a settlement. Based upon Plaintiff's representation that the parties have settled their dispute, the Court hereby **DISMISSES** the action, with prejudice.

    **IT IS SO ORDERED.**

                                                                                              :

Initials of Preparer   AB